YOUNG & SARGENT v. PEET.

*Appeal from Linn District Court — Wednesday,*
*April 19, 1865.*

</div>

THE SUPREME COURT WILL NOT REVIEW A RULING OF THE COURT BELOW TO WHICH NO EXCEPTIONS WERE TAKEN BEFORE APPEAL.

The opinion of the court was announced by —

Lowe, J. — The defendant resides in Cedar county; was sued in Linn county, on a contract to be executed in the latter county. Upon motion of the defendant, the court ordered that the cause be transferred to the county of Cedar where the defendant resided. From this order the plaintiff appeals, but the records fail to show that any exceptions whatever were taken to the action of the court in the premises, and the case is accordingly

<div align="right">Affirmed.</div>

*Thomas Corbett* for the appellant — *Wm. G. Thompson* for the appellee.